IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENDA MARCELL OWEN,

        Plaintiff,                                         ORDER

      v.                                                    18-cv-206-wmc

NANCY BERRYHILL,
Acting Commissioner of Social Security Administration,

        Defendant.

---

This is the fourth of four complaints filed by *pro se* plaintiff Brenda Marcell Owen against the Commissioner of the Social Security Administration. The court granted Owen leave to proceed *in forma pauperis* in this matter and directed Owen by May 25, 2018, to show that she had completed all the steps of the administrative process and obtained a final decision from the commissioner. Owen was warned that her failure to show that she has obtained a final decision would result in dismissal of her case. (Dkt. #11.) To date, although Owen has submitted a barrage of documents to the court, none of her submissions show that she received a final decision from the Commissioner. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, this case will be dismissed without prejudice.

ORDER

IT IS ORDERED that Brenda Marcel Owen's case is DISMISSED without prejudice. The clerk of court is directed to enter judgment in favor of defendant and close

this case.

Entered this 25th day of June, 2018.

> BY THE COURT:
>
> /s/
>
> _____
> WILLIAM M. CONLEY
> District Judge